IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDUARDO DIAZ TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-010 |
| | ) | |
| TOMMY BOWEN, Warden; JOHN/JANE DOE MEDICAL PROVIDER/ CONTRACTOR; JOHN/JANE DOE MEDICAL DIRECTOR; JOHN/JANE DOE DOCTOR; JOHN/JANE DOE CERTIFIED NURSE PRACTITIONER; JOHN/JANE DOE REGISTERED NURSE; JOHN/JANE DOE LICENSED PRACTICAL NURSE; and TIMOTHY WARD, Commissioner of Georgia Department of Corrections, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this 19th day of May, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE